eration or decision of this petition. 

No. 12–5210. BAYLIS *v.* CATE, SECRETARY, CALIFORNIA DE-
PARTMENT OF CORRECTIONS AND REHABILITATION. C. A. 9th
Cir. Certiorari denied. JUSTICE BREYER took no part in the
consideration or decision of this petition. 

No. 12–5332. STEELE *v.* TURNER BROADCASTING SYSTEM,
INC., ET AL.; STEELE *v.* VECTOR MANAGEMENT ET AL.; STEELE
*v.* BONGIOVI ET AL.; and STEELE *v.* RICIGLIANO. C. A. 1st Cir.
Certiorari denied. THE CHIEF JUSTICE took no part in the con-
sideration or decision of this petition.

No. 12–5339. CONYERS *v.* PISTOLE, ADMINISTRATOR, TRANS-
PORTATION SECURITY ADMINISTRATION, DEPARTMENT OF HOME-
LAND SECURITY. C. A. 2d Cir. Certiorari denied. JUSTICE
SOTOMAYOR took no part in the consideration or decision of this
petition. 

No. 12–5342. CRAWFORD *v.* UNITED STATES COURT OF AP-
PEALS FOR THE FIFTH CIRCUIT. C. A. 5th Cir. Certiorari de-
nied. JUSTICE KAGAN took no part in the consideration or deci-
sion of this petition.

No. 12–5357. RUTLEDGE *v.* ALLEN ET AL. C. A. 9th Cir.
Certiorari denied. JUSTICE BREYER took no part in the consider-
ation or decision of this petition.

No. 12–5367. WINGO *v.* UNITED STATES. C. A. 6th Cir. Cer-
tiorari denied. JUSTICE KAGAN took no part in the consideration
or decision of this petition.

No. 12–5370. FRANKEL, AKA STEVENS, AKA KING *v.* UNITED
STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR
and JUSTICE KAGAN took no part in the consideration or decision
of this petition.

No. 12–5401. JORDAN *v.* UNITED STATES. C. A. 9th Cir. Cer-
tiorari denied. JUSTICE KAGAN took no part in the consideration
or decision of this petition.

No. 12–5447. BECK *v.* UNITED STATES. C. A. 8th Cir. Cer-
tiorari denied. JUSTICE KAGAN took no part in the consideration
or decision of this petition.